UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10505 ARRINGTON, LLC, | Case No. CV 17-9137 R (SSx) |
| Plaintiff, | |
| v. | **ORDER SUMMARILY REMANDING** |
| KATHRYN THOMAS, et al., | **IMPROPERLY-REMOVED ACTION** |
| Defendants. | |

The Court will remand this unlawful detainer action to state court summarily because Defendants removed it improperly.

On December 21, 2017, Defendants Eric Thomas and Kathryn Thomas having been sued in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court and presented applications to proceed in forma pauperis. The Court has denied the IFP applications under separate cover because the action was not properly removed. To prevent the action from remaining in

1

jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not competently allege facts supporting either diversity or federal-question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005).

Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior Court of California, County of Los Angeles, 12720 Norwalk Boulevard, Norwalk, California 90650, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the Clerk send a certified copy of this Order to the state court; and (3) the Clerk serve copies of this Order on the parties.

IT IS SO ORDERED.

DATED: January 8, 2018

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE